THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03153-RPM

SAXA INC.,

    Plaintiff,

v.

VALLEY FORGE INSURANCE COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Unopposed Notice of Dismissal filed by plaintiff on January 24, 2014, it is

ORDERED that this case is dismissed, each party to bear their own costs and attorney fees.

Dated: January 24th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge